1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   T-CROSS

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| T-CROSS, a South Korean sole proprietorship, | Case No.: 5:08-cv-02373-RS |
|---|---|
| Plaintiff, | **AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANT MARKETING SPECIALISTS, INC.** |
| v. | |
| MARKETING SPECIALISTS, INC, an Arkansas corporation, | |
| Defendant. | |

//
//
//
//
//
//
//
//
//
//
//

**Affidavit of Service of Summons, Complaint, and Related Documents on Defendant Marketing Specialists, Inc.**
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA

Case Number: C-08-02373-RS

Plaintiff:
**T-CROSS, A SOUTH KOREAN SOLE PROPRIETORSHIP**
vs.
Defendant:
**MARKETING SPECIALISTS, INC., AN ARKANSAS CORPORATION**

For: Ms. Margaux A. Aviguetero
INTELLECTUAL PROPERTY LAW GROUP, LLP

Received by MYERS ATTORNEY'S SERVICE on the 8th day of May, 2008 at 3:07 pm to be served on **MARKETING SPECIALISTS, INC., BY SERVING JOHN C. EARL, ESQ., AGENT FOR SERVICE, 1100 WORTHEN BANK BUILDING, LITTLE ROCK, AR 72201; ALT ADD: 323 CENTER STREET, #1300, LITTLE ROCK, AR 372-3275.** I, _Fred Myers_, being duly sworn, depose and say that on the _13_ day of _May_, 2008 at _12:30_ p/m., executed service by delivering a true copy of the **SUMMONS, ORDER - CASE MANAGEMENT, NDCA WELCOME PACKET, COMPLAINT, CIVIL COVER SHEET, CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(X) CORPORATE SERVICE: By Serving _John Earl, Esq._ as _Registered Agent_

( ) OTHER SERVICE: See Comments Below:

( ) NON SERVICE: See Comments Below:

Service Was Completed At: _323 Center St., Suite 1300, Little Rock, AR 72201_

COMMENTS: _Served in office of Registered Agent, John Earl, Attorney._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
NOTARY PUBLIC

Youree Crook
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 03/21/2015

_____
PROCESS SERVER # _07Fm_
Appointed in accordance
with State Statutes

**MYERS ATTORNEY'S SERVICE**
300 Spring Building
300 Spring Street, Suite 612
Little Rock, AR 72201
(501) 376-6266
Our Job Serial Number: 2008001435

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.5i

## PROOF OF SERVICE

I am a resident of the United States, employed in the county of Santa Clara. I am over the age of eighteen (18) and not a party to the within action. My business address is: 12 S. First St., 12th Floor, San Jose, California 95113.

On May 13, 2008, I served the foregoing documents described as:

**AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANT MARKETING SPECIALISTS, INC.**

on the Defendant in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Jack Counihan, President
Marketing Specialists, Inc.
416 W. Stribling Drive
Rogers, AR 72756

☒ BY MAIL IN THE ORDINARY COURSE OF BUSINESS: I deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date the above-referenced correspondence was placed for deposit at 12 S. First St., 12th Floor, San Jose, California 95113, and placed for collection and mailing following ordinary business practices.

☐ BY OVERNIGHT DELIVERY/FEDERAL EXPRESS: I deposited such envelope in the express service mailbox at San Jose, California, with delivery fees provided for.

☐ BY FACSIMILE TRANSMISSION: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for the party above and obtained confirmation of complete transmittal thereof.

☐ BY PERSONAL SERVICE: I caused the aforementioned documents to be delivered, by hand, to the office of the addressee above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: May 13, 2008

By: /s/ Margaux A. Avigueterp
    Margaux A. Avigueterp

**Affidavit of Service of Summons, Complaint, and Related Documents on Defendant Marketing Specialists, Inc.**
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS