1   OTTO O. LEE, SBN 173987
    olee@iplg.com
2   JOHN V. MEJIA, SBN 167806
    jmejia@iplg.com
3   MARGAUX A. AVIGUETERO, SBN 244767
    maviguetero@iplg.com
4   INTELLECTUAL PROPERTY LAW GROUP LLP
    12 South First Street, Twelfth Floor
5   San Jose, California 95113
    Telephone: (408) 286-8933
6   Facsimile: (408) 286-8932

7   Attorneys for Plaintiff
    T-CROSS
8

9            THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  T-CROSS, a South Korean sole proprietorship,    Case No.: 5:08-cv-02373-RS

14          Plaintiff,

15      v.                                  **AFFIDAVIT OF SERVICE OF SUMMONS,
                                            COMPLAINT, AND RELATED
16  MARKETING SPECIALISTS, INC, an Arkansas  DOCUMENTS ON DEFENDANT
    corporation,                            MARKETING SPECIALISTS, INC.**

17          Defendant.

18

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Affidavit of Service of Summons, Complaint, and Related Documents on Defendant Marketing Specialists, Inc.
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### CASE NO: C-08 02373 RS

T-CROSS a South Korean sole proprietorship,                    **PLAINTIFF**

VS

MARKETING SPECIALISTS, INC.,                    **DEFENDANT**

### AFFIDAVIT OF SERVICE

I, Debra Woodhouse, swear and affirm under penalty of perjury, that I did serve the **Summons and Complaint** in the above referenced matter upon Marketing Specialists, Inc. on May 9, 2008 @ 4:20 PM by Corporate Service to Sheila Couninhan, Human Resources Manager @ 416 Stribling Road, Rogers, AR

_Debra Woodhouse_
Debra Woodhouse
Process Server
WPS/BPS 2001-3

Subscribed and sworn to before me on this 16th Day of May, 2008.

_Melissa M. Mullenax_
Notary Public

My commission expires  6/15/2017

OFFICIAL SEAL
MELISSA M. MULLENAX
NOTARY PUBLIC . ARKANSAS
BENTON COUNTY
COMMISSION # 12361412
COMMISSION EXP. 06/15/2017

## PROOF OF SERVICE

I am a resident of the United States, employed in the county of Santa Clara. At the time of service, I was at least eighteen (18) years of age and not a party to the within action. My business address is: 12 S. First St., 12th Floor, San Jose, California 95113.

On May 21, 2008, I served the foregoing documents described as:

**AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANT MARKETING SPECIALISTS, INC.**

on the Defendant in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Jack Counihan, President
Marketing Specialists, Inc.
416 W. Stribling Drive
Rogers, AR 72756

☒   BY MAIL IN THE ORDINARY COURSE OF BUSINESS: I deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date the above-referenced correspondence was placed for deposit at 12 S. First St., 12th Floor, San Jose, California 95113, and placed for collection and mailing following ordinary business practices.

☐   BY OVERNIGHT DELIVERY/FEDERAL EXPRESS: I deposited such envelope in the express service mailbox at San Jose, California, with delivery fees provided for.

☐   BY FACSIMILE TRANSMISSION: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for the party above and obtained confirmation of complete transmittal thereof.

☐   BY PERSONAL SERVICE: I caused the aforementioned documents to be delivered, by hand, to the office of the addressee above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: May 21, 2008

By: _____
Margaux A. Aviguetero

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

Affidavit of Service of Summons, Complaint, and Related Documents on Defendant Marketing Specialists, Inc.
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS