THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-CROSS, a South Korean sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>MARKETING SPECIALISTS, INC., an<br>Arkansas corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C 08-02373 RS<br><br>**STIPULATION<br>EXTENDING TIME TO<br>ANSWER OR OTHERWISE<br>PLEAD** |

The parties hereby stipulate that Defendant, Marketing Specialists, Inc., shall have until
and including June 27, 2008, to answer the Complaint herein, or otherwise plead.

STIPULATED BY:

MARKETING SPECIALISTS, INC.
By its Attorney

_____
Boyd D. Cox
Arkansas Bar Reg. No. 79041
Cox Law Firm
75 N. East Avenue, Suite 506
P.O. Box 573
Fayetteville, AR  72702
Telephone: (479) 521-2052
Facsimile: (479) 521-4169

T-CROSS
By its Attorney

_____
Margaux A. Aviguetero
California Bar Reg. No. 244767
Intellectual Property Law Group LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone (408) 286-8933
Facsimile (408) 286-8932

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45.  Further, I certify that on May 29, 2008, a copy of this document was served on lead counsel for Defendant by U.S. First Class Mail and e-mail to the addresses as follows:

Boyd D. Cox
Cox Law Firm
75 N. East Avenue, Suite 506
P.O. Box 573
Fayetteville, AR 72702
E-mail: boydcox@aol.com

By:   /s/ Margaux A. Aviguetero
       Margaux A. Aviguetero