OTTO O. LEE, SBN 173987
olee@iplg.com
JOHN V. MEJIA, SBN 167806
jmejia@iplg.com
MARGAUX A. AVIGUETERO, SBN 244767
maviguetero@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
T-CROSS

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T-CROSS, a South Korean sole proprietorship,<br><br>      Plaintiff,<br><br>  v.<br><br>MARKETING SPECIALISTS, INC, an Arkansas corporation,<br><br>      Defendant. | Case No.: 5:08-cv-02373-RS<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

The parties hereby stipulate that Defendant, Marketing Specialists, Inc., shall have until and including July 24, 2008, to answer the Complaint herein, or otherwise plead.

//
//
//
//
//
//
//
//

Stipulation Extending Time to Answer or Otherwise Plead
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

-1-

1  IT IS SO STIPULATED.

2  Dated: June 25, 2008                    INTELLECTUAL PROPERTY LAW
                                            GROUP LLP

5                                           By: /s/ Margaux A. Aviguetero
                                                Otto O. Lee
                                                John V. Mejia
                                                Margaux A. Aviguetero
                                                Intellectual Property Law Group LLP
                                                12 S. First St., 12th Floor
                                                San Jose, California 95113
                                                Tel: (408) 286-8933
                                                Fax: (408) 286-8932
                                                olee@iplg.com
                                                jmejia@iplg.com
                                                maviguetero@iplg.com

                                                Attorneys for Plaintiff
                                                T-Cross

13  Dated: June___, 2008                   COX LAW FIRM


                                            By:_____
                                                Boyd D. Cox
                                                Cox Law Firm
                                                75 N. East Avenue, Suite 506
                                                P.O. Box 573
                                                Fayetteville, AR 72702
                                                Tel: (479) 521-2052
                                                Fax: (479) 521-4169
                                                boydcox@aol.com

                                                Attorneys for Defendant Marketing
                                                Specialists, Inc.

---

**Stipulation Extending Time to Answer or Otherwise Plead**
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

-2-

1  IT IS SO STIPULATED.

2  Dated: June___, 2008                     INTELLECTUAL PROPERTY LAW
                                            GROUP LLP

3

4

5                                           By:_____
                                                Otto O. Lee
6                                               John V. Mejia
                                                Margaux A. Aviguetero
7                                               Intellectual Property Law Group LLP
                                                12 S. First St., 12th Floor
8                                               San Jose, California 95113
                                                Tel: (408) 286-8933
9                                               Fax: (408) 286-8932
                                                olee@iplg.com
10                                              jmejia@iplg.com
                                                maviguetero@iplg.com
11
                                            Attorneys for Plaintiff
12                                          T-Cross

13 Dated: June 25, 2008                     COX LAW FIRM

14

15

16                                          By:_____
                                                Boyd D. Cox
17                                              Cox Law Firm
                                                75 N. East Avenue, Suite 506
18                                              P.O. Box 573
                                                Fayetteville, AR 72702
19                                              Tel: (479) 521-2052
                                                Fax: (479) 521-4169
20                                              boydcox@aol.com

21                                          Attorneys for Defendant Marketing
                                            Specialists, Inc.
22

23

24

25

26

27

28

Stipulation Extending Time to Answer or Otherwise Plead
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

-2-

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45. Further, I certify that on June 25, 2008, a copy of this document was served on lead counsel for Defendant by U.S. First Class Mail and e-mail to the addresses as follows:

Boyd D. Cox
Cox Law Firm
75 N. East Avenue, Suite 506
P.O. Box 573
Fayetteville, AR 72702
E-mail: boydcox@aol.com

By: /s/ Margaux A. Aviguetero
Margaux A. Aviguetero

---

Stipulation Extending Time to Answer or Otherwise Plead
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

-3-