THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-CROSS, a South Korean sole proprietorship, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARKETING SPECIALISTS, INC., an ) <br> Arkansas corporation, ) <br> ) <br> Defendant. ) | Case No. C 08-02373 RS <br><br> STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD |

The parties hereby stipulate that Defendant, Marketing Specialists, Inc., shall have until and including the seventh (7th) day after completion of mediation hereof, to answer the Complaint herein, or otherwise plead.

STIPULATED BY:

MARKETING SPECIALISTS, INC.
By its Attorney

_/s/ Boyd D. Cox_
Boyd D. Cox
Arkansas Bar Reg. No. 79041
Cox Law Firm
75 N. East Avenue, Suite 506
P.O. Box 573
Fayetteville, AR 72702
Telephone: (479) 521-2052
Facsimile: (479) 521-4169

T-CROSS
By its Attorney

_/s/ Margaux A. Avigueteró_
Margaux A. Avigueteró
California Bar Reg. No. 244767
Intellectual Property Law Group LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone (408) 286-8933
Facsimile (408) 286-8932

## CERTIFICATE OF SERVICE

I certify that on July 23, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45. Further, I certify that on May 29, 2008, a copy of this document was served on lead counsel for Defendant by e-mail to the addresses as follows:

Boyd D. Cox
E-mail: boydcox@aol.com

By: /s/ Margaux A. Aviguetero
Margaux A. Aviguetero