**United States District Court**
For the Northern District of California

\*E-FILED\*
**July 25, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-CROSS, | No. C 08-02373 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| MARKETING SPECIALISTS, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for August 27, 2008 at 2:30 p.m. has been continued to **September 3, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **August 27, 2008**.

Dated:  July 25, 2008

    For the Court,
    RICHARD W. WEIKING, Clerk

    By: /s/ Martha Parker Brown
           Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Margaux Azurin Aviguetero    maviguetero@iplg.com

Otto Oswald Lee    olee@iplg.com, patent_docket@iplg.com, tm_docket@iplg.com

John Villagran Mejia    jmejia@iplg.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California