1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   T-CROSS
8
9                  THE UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  T-CROSS, a South Korean sole proprietorship,    Case No.: 5:08-cv-02373-RS

13           Plaintiff,
                                                    **STIPULATION AND [PROPOSED] ORDER
14       v.                                         TO CONTINUE INITIAL CASE
                                                    MANAGEMENT CONFERENCE AND ADR
15  MARKETING SPECIALISTS, INC, an Arkansas         DEADLINES**
    corporation,
16
             Defendant.
17

18       Pursuant to Civil Local Rule 6-2, Plaintiff T-Cross and Defendant Marketing Specialists, Inc.

19  hereby stipulate and jointly request that the Court continue the Initial Case Management Conference

20  and ADR deadlines. The parties jointly declare the following in support of this request:

21       WHEREAS, the Initial Case Management Conference is presently scheduled for September

22  3, 2008 at 2:30 P.M.;

23       WHEREAS, the parties are pursuing mediation through JAMS, presently scheduled for

24  August 22, 2008, and believe that an extension of time for the Case Management Conference and

25  ADR deadlines in this matter may aid the parties in their efforts to resolve this litigation and

26  conserve the resources of the Court and the parties;

27       WHEREAS, the parties have not sought any previous modification to the Order Setting

28  Initial Case Management Conference and ADR Deadlines, and the only previous time modifications

-1-
**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**
*T-Cross v. Marketing Specialists, Inc.*
**Case No.: 5:08-cv-02373-RS**

1  stipulated by the parties in this case have been to extend the time for Defendant Marketing
2  Specialists, Inc. to respond to the Complaint pursuant to Civil Local Rule 6-1(a);
3      WHEREAS, the parties have conferred and mutually agreed that they are available for an
4  Initial Case Management Conference on September 24, 2008;
5      NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and
6  request the Court to continue the Initial Case Management Conference to occur Wednesday,
7  September 24, 2008 or on a date as soon thereafter as is available with the Court, and that the other
8  dates scheduled in the Court's Order Setting Initial Case Management Conference and ADR
9  Deadlines are continued accordingly.

**IT IS SO STIPULATED**

Dated: July 28, 2008

INTELLECTUAL PROPERTY LAW
GROUP LLP


By: /s/ Margaux A. Aviguetero
    Otto O. Lee
    John V. Mejia
    Margaux A. Aviguetero
    Intellectual Property Law Group LLP
    12 S. First St., 12th Floor
    San Jose, California 95113
    Tel: (408) 286-8933
    Fax: (408) 286-8932
    olee@iplg.com
    jmejia@iplg.com
    maviguetero@iplg.com

    Attorneys for Plaintiff
    T-Cross

Dated: July 28 2008

COX LAW FIRM


By: [signature] Boyd D. Cox
    Boyd D. Cox
    Cox Law Firm
    75 N. East Avenue, Suite 506
    P.O. Box 573
    Fayetteville, AR 72702

Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

Tel: (479) 521-2052
Fax: (479) 521-4169
boydcox@aol.com

Attorneys for Defendant Marketing Specialists, Inc.

1

**ORDER**

2   Pursuant to the stipulation of the parties, it is hereby ORDERED that the Initial Case
3   Management Conference is reset to Wednesday, September 24, 2008, and that the other dates
4   scheduled in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are
5   continued accordingly.

6

7   Dated: _____           _____
                                            Hon. Richard Seeborg
8                                           United States Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

-4-
**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**
*T-Cross v. Marketing Specialists, Inc.*
**Case No.: 5:08-cv-02373-RS**

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45.  Further, I certify that on July 29, 2008, a copy of this document was served on lead counsel for Defendant by e-mail to the address as follows:

Boyd D. Cox
E-mail: boydcox@aol.com

By: /s/ Margaux A. Aviguetero
Margaux A. Aviguetero

-5-
**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**
*T-Cross v. Marketing Specialists, Inc.*
**Case No.: 5:08-cv-02373-RS**