OTTO O. LEE, SBN 173987
olee@iplg.com
JOHN V. MEJIA, SBN 167806
jmejia@iplg.com
MARGAUX A. AVIGUETERO, SBN 244767
maviguetero@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
T-CROSS

*E-FILED 7/31/08*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-CROSS, a South Korean sole proprietorship,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARKETING SPECIALISTS, INC, an Arkansas corporation,<br><br>　　　　Defendant. | Case No.: 5:08-cv-02373-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

　　　　Pursuant to Civil Local Rule 6-2, Plaintiff T-Cross and Defendant Marketing Specialists, Inc. hereby stipulate and jointly request that the Court continue the Initial Case Management Conference and ADR deadlines. The parties jointly declare the following in support of this request:

　　　　WHEREAS, the Initial Case Management Conference is presently scheduled for September 3, 2008 at 2:30 P.M.;

　　　　WHEREAS, the parties are pursuing mediation through JAMS, presently scheduled for August 22, 2008, and believe that an extension of time for the Case Management Conference and ADR deadlines in this matter may aid the parties in their efforts to resolve this litigation and conserve the resources of the Court and the parties;

　　　　WHEREAS, the parties have not sought any previous modification to the Order Setting Initial Case Management Conference and ADR Deadlines, and the only previous time modifications

-1-
**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**
*T-Cross v. Marketing Specialists, Inc.*
**Case No.: 5:08-cv-02373-RS**

1  stipulated by the parties in this case have been to extend the time for Defendant Marketing
2  Specialists, Inc. to respond to the Complaint pursuant to Civil Local Rule 6-1(a);
3      WHEREAS, the parties have conferred and mutually agreed that they are available for an
4  Initial Case Management Conference on September 24, 2008;
5      NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and
6  request the Court to continue the Initial Case Management Conference to occur Wednesday,
7  September 24, 2008 or on a date as soon thereafter as is available with the Court, and that the other
8  dates scheduled in the Court's Order Setting Initial Case Management Conference and ADR
9  Deadlines are continued accordingly.

10
11  **IT IS SO STIPULATED**
12  Dated: July 28, 2008                    INTELLECTUAL PROPERTY LAW
13                                          GROUP LLP
14
15                                          By: /s/ Margaux A. Aviguetero
16                                              Otto O. Lee
                                                John V. Mejia
17                                              Margaux A. Aviguetero
                                                Intellectual Property Law Group LLP
18                                              12 S. First St., 12th Floor
                                                San Jose, California 95113
19                                              Tel: (408) 286-8933
                                                Fax: (408) 286-8932
20                                              olee@iplg.com
                                                jmejia@iplg.com
21                                              maviguetero@iplg.com

22                                          Attorneys for Plaintiff
                                            T-Cross
23  Dated: July 28 2008                    COX LAW FIRM
24
25
26                                          By: /s/ Boyd D. Cox
                                                Boyd D. Cox
27                                              Cox Law Firm
                                                75 N. East Avenue, Suite 506
28                                              P.O. Box 573
                                                Fayetteville, AR 72702

*Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines*
*T-Cross v. Marketing Specialists, Inc.*
Case No.: 5:08-cv-02373-RS

Tel: (479) 521-2052
Fax: (479) 521-4169
boydcox@aol.com

Attorneys for Defendant Marketing Specialists, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Initial Case Management Conference is reset to Wednesday, September 24, 2008, and that the other dates scheduled in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

Dated: July 31, 2008

_____
Hon. Richard Seeborg
United States Magistrate Judge

**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**
*T-Cross v. Marketing Specialists, Inc.*
**Case No.: 5:08-cv-02373-RS**

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45.  Further, I certify that on July 29, 2008, a copy of this document was served on lead counsel for Defendant by e-mail to the address as follows:

Boyd D. Cox
E-mail: boydcox@aol.com

By:  /s/ Margaux A. Aviguetero
Margaux A. Aviguetero

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

-5-
**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**
*T-Cross v. Marketing Specialists, Inc.*
**Case No.: 5:08-cv-02373-RS**