OTTO O. LEE, SBN 173987
olee@iplg.com
JOHN V. MEJIA, SBN 167806
jmejia@iplg.com
MARGAUX A. AVIGUETERO, SBN 244767
maviguetero@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
T-CROSS

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T-CROSS, a South Korean sole proprietorship,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKETING SPECIALISTS, INC, an Arkansas corporation,<br><br>    Defendant. | Case No.: 5:08-cv-02373-RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 26, 2008                    INTELLECTUAL PROPERTY LAW
                                          GROUP LLP


                                          By:  /s/ Margaux A. Aviguetero
                                                Otto O. Lee
                                                John V. Mejia
                                                Margaux A. Aviguetero
                                                Intellectual Property Law Group LLP
                                                12 S. First St., 12th Floor

**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge**
**Case No. 5:08-cv-02373-RS**

San Jose, California 95113
Tel: (408) 286-8933
Fax: (408) 286-8932
olee@iplg.com
jmejia@iplg.com
maviguetero@iplg.com

Attorneys for Plaintiff
T-CROSS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INTELLECTUAL PROPERTY LAW GROUP LLP**
**12 South First Street, Twelfth Floor**
**San Jose, California 95113**

**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge**
**Case No. 5:08-cv-02373-RS**

**CERTIFICATE OF SERVICE**

    I certify that on August 26, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 26th of August, 2008.

                                              By: /s/ Margaux A. Aviguetero
                                                      Margaux A. Aviguetero

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113