1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   T-CROSS

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| T-CROSS, a South Korean sole proprietorship, | Case No.: 5:08-cv-02373-JSW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| MARKETING SPECIALISTS, INC, an Arkansas corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff T-Cross and Defendant Marketing Specialists, Inc. hereby stipulate and jointly request that the Court continue the Initial Case Management Conference and ADR deadlines. The parties jointly declare the following in support of this request:

WHEREAS, the Initial Case Management Conference is presently scheduled for October 17, 2008 at 1:30 P.M.;

WHEREAS, the parties mediated before JAMS on August 22, 2008 and settlement negotiations are ongoing;

WHEREAS, the parties believe that an extension of time for the Case Management Conference and ADR deadlines in this matter may aid the parties in their efforts to resolve this litigation and conserve the resources of the Court and the parties;

1  WHEREAS, the parties have sought a previous modification to the Order Setting Initial Case
2  Management Conference and ADR Deadlines, and previous stipulations by the parties in this case
3  have been to extend the time for Defendant Marketing Specialists, Inc. to respond to the Complaint
4  pursuant to Civil Local Rule 6-1(a);

5  WHEREAS, the parties have conferred and mutually agreed that they are available for an
6  Initial Case Management Conference by thirty days;

7  NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and
8  request the Court to continue the Initial Case Management Conference to occur thirty days from this
9  filing or on a date as soon thereafter as is available with the Court, and that the other dates scheduled
10 in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued
11 accordingly.

**IT IS SO STIPULATED.**

Dated: October 6, 2008

INTELLECTUAL PROPERTY LAW
GROUP LLP

By: /s/ Margaux A. Aviguetero
Otto O. Lee
John V. Mejia
Margaux A. Aviguetero
Intellectual Property Law Group LLP
12 S. First St., 12th Floor
San Jose, California 95113
Tel: (408) 286-8933
Fax: (408) 286-8932
olee@iplg.com
jmejia@iplg.com
maviguetero@iplg.com

Attorneys for Plaintiff
T-Cross

Dated: October 9, 2008

COX LAW FIRM

By: /s/ Boyd D. Cox
Boyd D. Cox
Cox Law Firm
75 N. East Avenue, Suite 506
P.O. Box 573
Fayetteville, AR 72702

-2-

Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines
Case No.: 5:08-cv-02373-JSW

Tel: (479) 521-2052  
Fax: (479) 521-4169  
boydcox@aol.com  

Attorneys for Defendant  
Marketing Specialists, Inc.

## ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Initial Case Management Conference is continued to ___December 19, 2008 at 1:30 p.m._____, and that the other dates scheduled in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

Dated: __October 10, 2008__  

_____  
United States District Court Judge

**Stipulation and [Proposed] Order to Continue Initial Case Management Conference and ADR Deadlines**  
**Case No.: 5:08-cv-02373-JSW**

INTELLECTUAL PROPERTY LAW GROUP LLP  
12 South First Street, Twelfth Floor  
San Jose, California 95113